# United States District Court
## Violation Notice
(Rev. 1/2019)
Case 2:20-po-00149-PLM   Document 1   Filed 07/16/20   Page 1 of 1

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW63 | 9741878 | Puetsch | 46 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/11/2020 1415 hrs
Offense Charged: ☒ CFR   ☐ USC   ☐ State Code
36 CFR 1.5(f)

Place of Offense: SR20 mile 134, Ross Lake Natl Rec Area

Offense Description: Violation of closure

3340-00

### DEFENDANT INFORMATION

Last Name: O'Connell
First Name: Sara
MI: R

### APPEARANCE IS OPTIONAL (Box B checked)

$ 100  Forfeiture Amount
+ $30  Processing Fee
$ 130  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Defendant Signature: X Refused due to COVID concerns

*9741878*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- ☐ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;  CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident